**FILED IN OPEN COURT**
U.S.D.C. Rome

APR 15 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>Fabiel Antonio Santos-Colidres | Criminal Information<br><br>No. 4:26-CR-0013 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 18, 2026, in the Northern District of Georgia, the defendant, Fabiel Antonio Santos-Colidres, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

THEODORE S. HERTZBERG
*United States Attorney*

*Bethany L. Rupert*

BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630
75 Ted Turner Dr. SW
Atlanta, GA 30303
404-581-6000