FILED IN OPEN COURT
U.S.D.C. Rome

APR 15 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | Criminal Action No. |
| Fabiel Antonio Santos-Colidres | 4:26-CR-0013 |

I, Fabiel Antonio Santos-Colidres, the above-named defendant, who is accused of Illegal Reentry into the United States by a Previously Removed Alien, in violation of Title 8, United States Code, Section 1326, being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on April 15, 2026, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. I further hereby waive an interview with, and preparation of a report or pretrial investigation by, the United States Probation Office of Pretrial Services.

_____
Fabiel Antonio Santos-Colidres
Defendant

_____
Counsel for Defendant

Before _____
              Judicial Officer